UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN LEE TAGNOSKY,

    Petitioner,

    v.

PA STATE ATTORNEY GENERAL,

    Respondent.

Civil Action No. 3:11-CV-2221

(Judge Kosik)

## ORDER

AND NOW, this 2nd day of July, 2012, IT IS HEREBY ORDERED THAT:

Petitioner's Motion for Reconsideration (Doc. 7) is DENIED.

Edwin M. Kosik
United States District Judge

FILED
SCRANTON

JUL 0 2 2012

PER _____
DEPUTY CLERK