UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN LEE TAGNOSKY,<br><br>    Petitioner,<br><br>    v.<br><br>PA STATE ATTORNEY GENERAL,<br><br>    Respondent. | Civil Action No. 3:11-CV-2221<br><br>(Judge Kosik) |

### ORDER

AND NOW, this 2nd day of July, 2012, IT IS HEREBY ORDERED THAT:

Petitioner's Motion for Reconsideration (Doc. 7) is DENIED.

_____
Edwin M. Kosik
United States District Judge

FILED
SCRANTON

JUL 0 2 2012

PER _____
DEPUTY CLERK